**Fill in this information to identify the case**

Debtor name  **Bullmoose Motor Sports, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **16-33714-7**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Woodhaven Bank operating account** | **Checking account** | __ __ __ __ | **$200.00** |
| 3.2. | **Woodhaven checking account (for taxes)** | **Checking account** | __ __ __ __ | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$200.00**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor  **Bullmoose Motor Sports, LLC**                          Case number (if known) __16-33714-7__
_____
Name

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$0.00** |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**11. Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | **$20,000.00** | – | **$0.00** | = ............ ➔ | **$20,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ............ ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|---|
| **$20,000.00** |

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| **$0.00** |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **Bullmoose Motor Sports, LLC**        Case number (if known)   **16-33714-7**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Scrap wood** | | | | **Unknown** |
| **20. Work in progress** | | | | |
| **Red convertible top (owned by William Terrell)** | | | | **$200.00** |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Miscellaneous VW pieces** | | | | **Unknown** |
| **Toolboxes from flatbeds (parts and/or restoration)** | | | | **$250.00** |
| **Gun cabinet** | | | | **$300.00** |
| **Miscellaneous - including racks, grill guards and bed extenders** | | | | **$1,000.00** |
| **Engine hoist - lease to own** | | **$3,000.00** | | **$0.00** |
| **Miscellaneous tires and wheels (left by customers for PU)** | | | | **$250.00** |
| **VP fuel tanks** | | | | **$50.00** |
| **Hunter Quick Check Center - lease to own** | | | | **$0.00** |
| **Hunter Hawkeye Alignment Rack - lease to own** | | | | **Unknown** |
| **Floor lifts and jacks - lease to own** | | | | **Unknown** |
| **Miscellaneous fluids, etc.** | | | | **Unknown** |
| **Toolboxes (belong to Chuck Armstrong )** | | | | **Unknown** |
| **Crystal Clean Parts Cleaner - lease to own** | | | | **Unknown** |
| **Mechanic's stand** | | | | **Unknown** |
| **Spring compressor** | | | | **$150.00** |
| **Jack stands** | | | | **$200.00** |
| **Fluid recovery machine** | | | | **$100.00** |
| **Fans** | | | | **$100.00** |
| **Bench grinder** | | | | **$25.00** |
| **Oil sump** | | | | **$50.00** |
| **R-134s** | | | | **$100.00** |
| **Uniforms** | | | | **Unknown** |
| **Steel wheels (set of 4)** | | | | **$100.00** |
| **Oil filter kit (2)** | | | | **$5.00** |
| **Hand cleaner dispenser** | | | | **Unknown** |
| **Black shelves in service** | | | | **Unknown** |

| Debtor | **Bullmoose Motor Sports, LLC** | Case number (if known) | **16-33714-7** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **Miscellaneous tire tools** | | | | Unknown |
| **Hose reels** | | | | Unknown |
| **Hunter Tire Mount Machine Auto 345 - lease to own** | | | | Unknown |
| **Hunter Road Force Elite Tire Balancer - lease to own** | | | | Unknown |
| **Ranger Wheel Service Tire Changer (owned by Carroll LeBoeuf)** | | | | $1,000.00 |
| **Ranger Balancer DST 2420 (owned by Carroll LeBoeuf)** | | | | $750.00 |
| **Old tires (18)** | | | | $0.00 |
| **Battery core returns (11)** | | | | $0.00 |
| **New batteries (10)** | | | | $400.00 |
| **Jumper cables (2)** | | | | $25.00 |
| **Battery tester (2)** | | | | $50.00 |
| **Miscellaneous ball hitches** | | | | $100.00 |
| **Metal shelving** | | | | $300.00 |
| **Wheel and Tire (4)** | | | | $50.00 |
| **Engine mount (red)** | | | | $50.00 |
| **Aluminum ladder** | | | | $100.00 |
| **Hunter Brake Service BL505 - lease to own** | | | | Unknown |
| **Bench press (gray)** | | | | $25.00 |
| **A/C Machine RobinAir 34788 - lease to own** | | | | Unknown |
| **Miller Welder** | | | | $1,000.00 |
| **Welding tools (miscellaneous)** | | | | Unknown |
| **Black shelves in service** | | | | Unknown |
| **Fuel caddy (red)** | | | | $100.00 |
| **Miscellaneous parts in boxes** | | | | Unknown |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.

    | **$6,830.00** |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **Bullmoose Motor Sports, LLC**                                           Case number (if known)  **16-33714-7**
_____
Name

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops--either planted or harvested**

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                                                          **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

| Desk in office #1 - gift from grandparents | | | **$50.00** |
| Fabric chair - office #1 | | | **$25.00** |
| leather chair - office #1 | | | **$25.00** |
| Desk - office #2 | | | **$250.00** |
| couch - office #2 | | | **$300.00** |
| table and chairs - office #2 | | | **$250.00** |
| two brown leather chairs - office #2 | | | **$100.00** |

Debtor **Bullmoose Motor Sports, LLC**     Case number (if known) **16-33714-7**

Name

| | | | |
|---|---|---|---|
| two black leather chairs - office #2 | | | $75.00 |
| black zebra chair - office #2 | | | $50.00 |
| pillow (came with chair) - office #2 | | | $10.00 |
| LED TV - office #2 | | | $100.00 |
| leather office chair - officce #2 | | | $50.00 |
| file cabinet - office #2 | | | $50.00 |
| pictures - office #2 | | | $200.00 |
| fan - office #2 | | | $30.00 |
| Trash cans - office #2 | | | $5.00 |
| Fake plants - office #2 | | | $5.00 |
| Desk - office #3 - gift from father in law | | | $100.00 |
| Desk - office #4 | | | $300.00 |
| credenza/hutch - office #4 | | | $200.00 |
| Dresser - Bathroom #1 | | | $75.00 |
| Picture - bathroom #1 | | | $20.00 |
| Dresser - Bathroom #2 | | | $75.00 |
| Swan picture - bathroom #2 | | | $20.00 |
| Car picture - reception area | | | $40.00 |
| Pontiac pictures (2) | | | $20.00 |
| Books - | | | $5.00 |
| Flat screen TV - waiting area | | | $100.00 |
| TV stand - waiting area | | | $10.00 |
| Trash can - waiting area | | | $5.00 |
| Time Warner Cable Box - rental | | | Unknown |
| Electronic dart board - server room | | | $50.00 |
| Shelving - server room | | | $10.00 |
| Laminator - server room | | | $10.00 |
| Telephone boards - server room | | | $100.00 |
| Upstairs furniture - brown laminate desks in warehouse | | | Unknown |
| Mini fridge in warehouse lot | | | Unknown |
| Refrigerator - breakroom/kitchen | | | $500.00 |
| Microwave - breakroom/kitchen | | | $50.00 |
| Coffee - breakroom/kitchen | | | $20.00 |
| Paper towel holders - breakroom/kitchen | | | $2.50 |
| Plant - breakroom/kitchen | | | $15.00 |
| Pictures - breakroom/kitchen | | | $300.00 |
| Globe - breakroom/kitchen | | | $50.00 |
| Jim Maverick Sign - breakroom/kitchen | | | Unknown |

Debtor   **Bullmoose Motor Sports, LLC**        Case number (if known)   **16-33714-7**
Name

| | | | |
|---|---|---|---|
| Plant stand - breakroom/kitchen | | | $10.00 |
| Longhorn statue - breakroom/kitchen | | | $200.00 |
| Miscellaneous - warehouse office | | | Unknown |
| Bulletin boards/dry erase boards - warehouse office | | | $5.00 |
| Kitchen table and chairs - warehouse area | | | $150.00 |
| White chairs/Tables - warehouse area | | | $100.00 |
| Pictures - warehouse area | | | Unknown |
| Office desk chairs - warehouse area | | | $50.00 |
| Top of credenza - warehouse area | | | $100.00 |
| Couches/pillows - warehouse area | | | $25.00 |
| Glass coffee tables (set of 3) - warehouse area | | | $250.00 |
| Black desk with brown top - warehouse area | | | $200.00 |
| Oval desk - warehouse area | | | $200.00 |
| Quad (racing bike) | | | $2,000.00 |
| Brown shelving unit - warehouse area | | | $50.00 |
| Skinny desk - warehouse area | | | $50.00 |
| Walnut desk - warehouse area | | | $100.00 |
| Galvanized table - warehouse area | | | $25.00 |
| Beige fabric chairs - warehouse area | | | $50.00 |
| Green fiberglass ladder - warehouse area | | | $25.00 |
| Wood desk and cabinet set (6 piece set) - warehouse area | | | $200.00 |
| Laminate desk - warehouse area | | | $100.00 |
| Maroon leather chairs - warehouse area | | | $125.00 |
| Brown fabric and wood chairs - warehouse area | | | $50.00 |
| Roll of carpet | | | Unknown |
| Transmission jacks/adjust supports - lease to own | | | Unknown |
| Oil container | | | $50.00 |
| Black wood table - handmade | | | Unknown |
| Water containers for Sparkletts | | | Unknown |
| Black shelves in service area | | | Unknown |
| Sparkletts water machine | | | Unknown |
| **40.** Office fixtures | | | |
| Water heater | | | Unknown |

Debtor **Bullmoose Motor Sports, LLC**
Name
Case number (if known) **16-33714-7**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Printer purchased from Best Buy | | | $25.00 |
| printer - office #2 | | | $25.00 |
| shredder - office #2 | | | $25.00 |
| Copy machine - reception area | | | $750.00 |
| Sponsor picture - reception | | | $5.00 |
| Credit card machine - reception | | | $50.00 |
| Mail machine - rental | | | Unknown |
| Mail stand | | | $5.00 |
| Pontiac GTO picture - reception area | | | $20.00 |
| Computer tower - server room | | | $50.00 |
| Miscellaneous supplies - server room | | | $100.00 |
| Router - server room | | | $10.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$8,832.50

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **VW Bug (property of Mark Sarnecki)** | | | $1,500.00 |
| 47.2. **2013 Subaru Impreza WRX (owned by Raphael Pierson)** | | | Unknown |
| 47.3. **Lexus GX 470 (owned by Garrett Mills)** | | | Unknown |
| 47.4. **2009 Cadillac Escalade (owned by Juan Rojas)** | | | Unknown |

Debtor **Bullmoose Motor Sports, LLC**     Case number (if known) **16-33714-7**
Name

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1. **Sprint Boat (owned by RJ Mursch)**                   $2,500.00

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.          $4,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

Debtor **Bullmoose Motor Sports, LLC**      Case number (if known) **16-33714-7**
Name

**61. Internet domain names and websites**

     www.jamesmaverickmotorsports.com,
     www.jamesmaverickmotorsports.net,
     www.jamesmaverickmotorsports.org      **$0.00**      **$0.00**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.      **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

     **Current value of
debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**JS00319A James Maverick Motor Sports v. Pamela Vicars, Dallas County Justice Court, JP 3**      **Unknown**

Nature of claim      **breach of contract**

Amount requested      **$4,500.00**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.      **$0.00**

Debtor **Bullmoose Motor Sports, LLC**      Case number (if known) **16-33714-7**
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 12: Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,830.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,832.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $39,862.50 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................... **$39,862.50**

**Fill in this information to identify the case:**

Debtor name **Bullmoose Motor Sports, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **16-33714-7**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**CONTINENTAL BANK** | **Describe debtor's property that is subject to a lien**<br>**Hunter Quick Check Center - lease to own** | Unknown | $0.00 |

**2.1** **Creditor's name**
**CONTINENTAL BANK**

**Creditor's mailing address**
**15 W South Temple #420**

**Salt Lake City    UT    84101**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Hunter Quick Check Center - lease to own**

**Describe the lien**

**Business Debt**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$1,188,870.82**

Debtor **Bullmoose Motor Sports, LLC**     Case number (if known) **16-33714-7**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name
**Dallas County Tax Assessor**

Describe debtor's property that is subject to a lien
**$25,000.00** | **$0.00**

Creditor's mailing address
**John R. Ames, CTA**

vehicles

**500 Elm Street**

Describe the lien
**Taxes**

_____

Is the creditor an insider or related party?

**Dallas            TX    75202-3304**     ☑ No

Creditor's email address, if known          ☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred  _____     ☑ No

Last 4 digits of account          ☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)
number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No                    ☐ Contingent
☐ Yes.  Have you already specified the          ☐ Unliquidated
       relative priority?                  ☐ Disputed

       ☐ No.  Specify each creditor, including this
              creditor, and its relative priority.

       ☐ Yes.  The relative priority of creditors is
              specified on lines  _____

**2.3** Creditor's name
**Heritage Crystal Clean**

Describe debtor's property that is subject to a lien
**$500.00** | **$0.00**

Creditor's mailing address
**13621 Collections Center Dr**

_____

Describe the lien
**Vendor**

Is the creditor an insider or related party?

**Chicago         IL    60693**     ☑ No
                                 ☐ Yes
Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred  _____     ☑ No

Last 4 digits of account          ☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)
number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No                    ☐ Contingent
☐ Yes.  Have you already specified the          ☐ Unliquidated
       relative priority?                  ☐ Disputed

       ☐ No.  Specify each creditor, including this
              creditor, and its relative priority.

       ☐ Yes.  The relative priority of creditors is
              specified on lines  _____

| Debtor | **Bullmoose Motor Sports, LLC** | Case number (if known) | **16-33714-7** |

| **Part 1:** | **Additional Page** |

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**

**Creditor's name**
**Metrix Capital Group**

**Creditor's mailing address**
**8141 E Kaiser Blvd #200**

**Anaheim          CA     92808**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**A/C Machine RobinAir 34788 - lease to own**

**Describe the lien**
**Business Debt**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Unknown** | **$0.00** |

**2.5**

**Creditor's name**
**NexGear Capital**

**Creditor's mailing address**
**11799 N. College Ave.**

**Carmel          IN     46032**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**vehicles**

**Describe the lien**
**Business Debt**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$260,000.00** | **$0.00** |

Debtor **Bullmoose Motor Sports, LLC**                    Case number (if known) **16-33714-7**

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- |

**2.6**

Creditor's name
**Westlake Financial Services**

Creditor's mailing address
**4751 Wilshire Blvd., Suite 100**

_____

_____

**Los Angeles        CA    90010**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number                 ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**floor plan lender**

Describe debtor's property that is
subject to a lien

**vehicles**

Describe the lien

**Business Debt**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$903,370.82**            **$0.00**

Debtor **Bullmoose Motor Sports, LLC**                    Case number (if known) **16-33714-7**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Metrix Capital Group** | Line **2.4** | ___ ___ ___ ___ |
| **16470 Bake Parkway** | | |
| **STE 200** | | |
| | | |
| **Irvine**            CA     **92618-5607** | | |

---

**Fill in this information to identify the case:**

Debtor    **Bullmoose Motor Sports, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **16-33714-7**
(if known)

☐ Check if this is an amended filing

---

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** | **$0.00** |

**Internal Revenue Service**

**Centralized Insolvency Operations**

**P.O. Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**    **PA**    **19101-7346**

Basis for the claim:
**Taxes**

Date or dates debt was incurred

_____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

---

Debtor    **Bullmoose Motor Sports, LLC**        Case number (if known)   **16-33714-7**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$120.00**
Check all that apply.

**Adessa**

**3501 Lancaster Hutchins Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Hutchins**    **TX**    **75141**      **Business Debt**

Date or dates debt was incurred      **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$1,000.00**
Check all that apply.

**AFLAC**

**Worldwide Headquarters**

**1932 Wynnton Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Columbus**    **GA**    **31998-9984**      **Vendor**

Date or dates debt was incurred      **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$24,000.00**
Check all that apply.

**Amercan Express**

**PO Box 650448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Dallas**    **TX**    **75265-0448**      **Unsecured Debt**

Date or dates debt was incurred      **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$350.00**
Check all that apply.

**Atmos Energy**

**Attn: Bankruptcy Dept.**

**PO Box 650205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Dallas**    **TX**    **75265-0654**      **Utilities**

Date or dates debt was incurred      **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

Debtor **Bullmoose Motor Sports, LLC**      Case number (if known) **16-33714-7**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Autotrader.com LLC**

**PO Box 932207**

**Atlanta**     **GA**     **31193-2207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,000.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Carfax Inc**

**P O Box 580464**

**Charlotte**     **NC**     **28258-0464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,000.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**CDK Global**

**2701 East Plano Pkwy**

**#100**

**Plano**     **TX**     **75074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$800.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**Community Waste Disposal**

**2010 California Crossing**

**Dallas**     **TX**     **75220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

---

Debtor __**Bullmoose Motor Sports, LLC**__  Case number (if known) __16-33714-7__

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

__Cooper and Moore Heating and Cooling__

__10430 Shady Trail, Suite 100__

__Dallas__  TX  __75220__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.10** Nonpriority creditor's name and mailing address

__Dallas Morning News__

__PO Box 660040__

__Dallas__  TX  __75266-0040__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Advertising__

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

---

**3.11** Nonpriority creditor's name and mailing address

__Dealer Track__

__1111 Marcus Avenue__

__Suite M04__

__Lake Success__  NY  __11042__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Debt__

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

---

**3.12** Nonpriority creditor's name and mailing address

__Dealers Credit Express__

__PO Box 7030__

__Texarkana__  TX  __75505__

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Debt__

Is the claim subject to offset?
☑ No
☐ Yes

**$80,000.00**

---

| Debtor | **Bullmoose Motor Sports, LLC** | Case number (if known) | **16-33714-7** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

**Discount Merchant Funding**

**1393 Veterans Memorial Highway**

**Hauppauge**     **NY**    **11788**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$600,000.00**

---

**3.14** Nonpriority creditor's name and mailing address

**East Group Properties**

**PO Box 23636**

**Jackson**     **MS**    **39225**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Building Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,000.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Enterprise Financial Group**

**PO Box 167667**

**Irving**     **TX**    **75016**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,000.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Funding Circle**

**747 Front Street, 4th Floor**

**San Francisco**     **CA**    **94111**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor   **Bullmoose Motor Sports, LLC**          Case number (if known)  **16-33714-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17**    Nonpriority creditor's name and mailing address

**Funding Circle**

**747 Front Street, 4th Floor**

**San Francisco, CA, USA 94111**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.18**    Nonpriority creditor's name and mailing address

**GEXA Energy**

**PO Box 659410**

**San Antonio**      **TX**     **78265-9410**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,000.00**

---

**3.19**    Nonpriority creditor's name and mailing address

**KBB**

**3003 Summit Blvd NE**

**Suite 200**

**Atlanta**      **GA**     **30319**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,000.00**

---

**3.20**    Nonpriority creditor's name and mailing address

**Make My Deal**

**3003 Summit Blvd NE**

**Suite 200**

**Atlanta**      **GA**     **30319**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,200.00**

---

Debtor **Bullmoose Motor Sports, LLC**                 Case number (if known) **16-33714-7**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

**Manheim Auto Auctions**

**6325 Peachtree Dunwoody Rd**

**Atlanta**                 **GA**     **30328**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

**3.22** Nonpriority creditor's name and mailing address

**National Credit Center**

**PO BOX 740285**

**Los Angeles**                 **CA**     **90074-0285**

Date or dates debt was incurred

Last 4 digits of account number  **2   0   4   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,942.91**

---

**3.23** Nonpriority creditor's name and mailing address

**NTTA**

**P.O. Box 260928**

**Plano**                 **TX**     **75026-0928**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

---

**3.24** Nonpriority creditor's name and mailing address

**O'Reilly Auto Parts**

**P.O. Box 790098**

**St. Louis**                 **MO**     **63179**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

Debtor **Bullmoose Motor Sports, LLC**   Case number (if known) **16-33714-7**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25** Nonpriority creditor's name and mailing address

Omnisure Group LLC

205 West Wacker Dr

FL 15

| Chicago | IL | 60606 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.26** Nonpriority creditor's name and mailing address

OSI

851 International Parkway

Suite 100

| Richardson | TX | 75081 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,000.00**

---

**3.27** Nonpriority creditor's name and mailing address

Reynolds and Reynolds

PO Box 77061

| Detroit | MI | 48277 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

---

**3.28** Nonpriority creditor's name and mailing address

Santander Consumer USA, Inc.

PO Box 660633

| Dallas | TX | 75266-0633 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

Debtor __**Bullmoose Motor Sports, LLC**_____ Case number (if known) __**16-33714-7**__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|--------------------------------------------------|-------------|

**Strategic Funding Group**

**1266 W Paces Ferry Road, #271**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Atlanta**      **GA**    **30327**      **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|------|--------------------------------------------------|--------------------------------------------------|-------------|

**Time Warner Cable**

**Collections Dept.**

**PO Box 650210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Dallas**      **TX**    **75265**      **Utilities**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,515.37** |
|------|--------------------------------------------------|--------------------------------------------------|-------------|

**UniFirst**

**200 N. Sam Houston**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Mesquite**      **TX**    **75149**      **Business debt**

Date or dates debt was incurred

Last 4 digits of account number   **0**   **1**   **4**   **3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,500.00** |
|------|--------------------------------------------------|--------------------------------------------------|-------------|

**Windset Capital Corporation**

**4168 W 12600 S, 2nd Floor**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Riverton**      **UT**    **84096**      **Business Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Bullmoose Motor Sports, LLC**                Case number (if known) **16-33714-7**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$3,600.00

**Worldpac, Inc**

**PO Box 5022**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Newark**            **CA**      **95460**

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __  __ __  __ __  __ __

☑ No

☐ Yes

Debtor **Bullmoose Motor Sports, LLC**      Case number (if known) **16-33714-7**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Strategic Funding Group** <br> **620 E Euclid Ave** <br> **Suite 301** <br><br> **Lexington**   **KY**   **40502** | Line **3.29** <br> ☐ Not listed. Explain: | __ __ __ __ |

Debtor **Bullmoose Motor Sports, LLC**                    Case number (if known) **16-33714-7**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$150,000.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$968,728.28** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,118,728.28** |

**Fill in this information to identify the case:**

Debtor name **Bullmoose Motor Sports, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **16-33714-7**   Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | property lease<br>Contract to be REJECTED | **East Group** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | contract for photocopier | **Everbank**<br>**PO Box 911608** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Denver**       **CO**      **80291** |

**Fill in this information to identify the case:**

Debtor name **Bullmoose Motor Sports, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **16-33714-7**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Carroll Lebouef** | **2130 Shoreline Dr** <br> Number    Street <br><br> **Flower Mound**    **TX**   **75022** <br> City    State   ZIP Code | **Windset Capital Corporation** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Carroll Lebouef** | **2130 Shoreline Dr** <br> Number    Street <br><br> **Flower Mound**    **TX**   **75022** <br> City    State   ZIP Code | **NexGear Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Carroll Lebouef** | **2130 Shoreline Dr** <br> Number    Street <br><br> **Flower Mound**    **TX**   **75022** <br> City    State   ZIP Code | **Westlake Financial Services** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 **Carroll Lebouef** | **2130 Shoreline Dr** <br> Number    Street <br><br> **Flower Mound**    **TX**   **75022** <br> City    State   ZIP Code | **Dealers Credit Express** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor **Bullmoose Motor Sports, LLC**                    Case number (if known) **16-33714-7**

▌ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.5** | **Carroll Lebouef** | **2130 Shoreline Dr**<br>Number   Street | **Funding Circle** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Flower Mound**   **TX**   **75022**<br>City   State   ZIP Code | | |
| **2.6** | **Carroll Lebouef** | **2130 Shoreline Dr**<br>Number   Street | **Funding Circle** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Flower Mound**   **TX**   **75022**<br>City   State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Bullmoose Motor Sports, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **16-33714-7**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B....................................................................................... $0.00

1b. **Total personal property:**
Copy line 91A from Schedule A/B.................................................................................... $39,862.50

1c. **Total of all property**
Copy line 92 from Schedule A/B...................................................................................... $39,862.50

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ $1,188,870.82

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. $150,000.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................................. + $968,728.28

**4.** **Total liabilities**
Lines 2 + 3a + 3b............................................................................................. $2,307,599.10

---

**Fill in this information to identify the case and this filing:**

Debtor Name      **Bullmoose Motor Sports, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number      **16-33714-7**
(if known)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/14/2016**           X **/s/ Carroll J. LeBouef**
        MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                         **Carroll J. LeBouef**
                                         Printed name
                                         **Owner**
                                         Position or relationship to debtor