

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2017**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| BULLMOOSE MOTOR SPORTS,LLC | § | CASE NO. 16-33714 |
| | § | |
| DEBTOR | | |

## <u>ORDER DENYING MOTION TO REOPEN CASE</u>

Pending before the Court is the Motion to Reopen Case for Cause filed by Nextgear Capital and Westlake Flooring (the "Movants") on February 10, 2017 (the "Motion"), and the Objection to Motion to Reopen Case filed by Dealers Credit Express on March 3, 2017 (the "Objection"), and the Reply to Dealers Credit Express, LLC's Objection to Reopen Case filed by Movants (the "Reply"). The Court conducted a hearing on March 23, 2017 in Dallas, Texas to consider the Motion, the Objection, and the Reply.

After reviewing the Motion, Objection, Reply and the supporting Exhibits annexed thereto, and hearing arguments of all parties, the Court finds that no cause exists to reopen the case in accordance with Chapter 11 U.S.C. § 350(b). Accordingly, it is, by this court, hereby **ORDERED**, that the Motion to Reopen Case for Cause is **DENIED**.

###END OF ORDER###